[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12489
Non-Argument Calendar
_____

D.C. Docket No. 6:16-cr-00216-PGB-DCI-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER RAUL VAZQUEZ MATOS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 24, 2018)

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Javier Vazquez Matos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vazquez Matos's conviction and sentence are **AFFIRMED**.